**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3558-22

MODWASH, LLC and
HUTTON VINELAND
NJ ST, LLC,

      Plaintiffs-Appellants,

v.

CITY OF VINELAND ZONING
BOARD OF ADJUSTMENT and
PJ LAND DEVELOPMENT,
LLC,

      Defendants-Respondents.

_____

Submitted January 16, 2025 - Decided January 31, 2025

Before Judges Mawla and Walcott-Henderson.

On appeal from the Superior Court of New Jersey, Law Division, Cumberland County, Docket No. L-0010-23.

Zeller & Wieliczko, LLP, attorneys for appellants (Eric J. Riso, on the briefs).

Nehmad Davis & Goldstein, PC, attorneys for respondent PJ Land Development, LLC (Stephen R. Nehmad and Michael J. Lario, Jr., on the brief).

Nathan Van Embden, attorney for respondent City of Vineland Zoning Board of Adjustment join in the brief of respondent PJ Land of Development, LLC.

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3558-22